USCA1 Opinion

 

 August 18, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1050 CLIFFORD E. AVERY, SR., Petitioner, Appellant, v. COMMISSIONER NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven, J. McAuliffe, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ____________ Selya and Stahl,Circuit Judges. ______________ ____________________ Clifford E. Avery, Sr., on brief pro se. _____________________ Jeffrey R. Howard, Attorney General, and John A. Curran, ___________________ _________________ Assistant Attorney General, on brief for appellee. ____________________ ____________________ Per Curiam. Petitioner Clifford E. Avery, Sr. appeals __________ the dismissal by the United States District Court for the District of New Hampshire of his application for a writ of habeas corpus. 28 U.S.C. 2254. We have reviewed carefully the record in this case, including the transcript of petitioner's trial for first degree murder, the opinion and order of the district court, and the parties' briefs. We affirm the dismissal essentially for the reasons given by the district court in its opinion and order dated September 29, 1993.